IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CURTIS A. YOUNG,
    Plaintiff,
    v.
CORRECTIONS OFFICER ADAM
ROWLES, et al.,
    Defendants

Case No. 3:18-cv-91-KRG-KAP

## Order

Plaintiff's civil rights complaint was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636, and Local Civil Rule 72.

The Magistrate Judge filed a Report and Recommendation on February 13, 2020, ECF no. 19, recommending that the amended complaint be dismissed without further leave to amend as to all defendants except Rowles, Gailey and Bregman.

Plaintiff was notified that pursuant to 28 U.S.C. § 636(b)(1) he had fourteen days to file written objections to the Report and Recommendation. No objections have been filed and the time to do so has expired.

After review of the record of this matter and the Report and Recommendation under the "reasoned consideration" standard, see EEOC v. City of Long Branch, 866 F.3d 93, 100 (3d Cir.2017)(standard of review when no timely and specific objections are filed), the following order is entered:

AND NOW, this 3rd day of March 2020, it is ORDERED that this case is dismissed as to all defendants except Rowles, Galley and Bregman. The Report and Recommendation is adopted as the opinion of the Court. The case remains with the Magistrate Judge for further proceedings.

BY THE COURT:

KIM R. GIBSON
UNITED STATES DISTRICT JUDGE